## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Caitlin E. Sgarlata, being duly sworn, state as follows:

### Introduction and Agent Background

1.    I am a Border Patrol Agent (BPA) of the United States Border Patrol (USBP), a component of Customs and Border Protection (CBP) within the Department of Homeland Security (DHS).  I have been so employed since 2018.  Previously, I have been assigned to the Laredo, Texas Station. I am currently assigned to the Swanton, Vermont Border Patrol Prosecution Unit at the Swanton Border Patrol Station.

2.    This affidavit is offered to demonstrate that probable cause exists to believe that Rufino Hernandez-HERNANDEZ, an alien of Mexican citizenship, was found in the United States after having been removed from the United States and having not obtained the consent of the Attorney General of the United States or the Secretary of Homeland Security to reapply for admission into the United States, in violation of 8 U.S.C. §1326(a).

3.    This affidavit is submitted for the limited purpose of securing a criminal complaint and therefore does not include everything I have learned during the course of my investigation. The facts in this affidavit come from my training and experience, my review of documents and reports, and conversations with other Border Patrol Agents.    Unless otherwise specified, the statements described herein are related in sum and substance and are not intended as direct quotations.

### Probable Cause

4.    On May 21, 2025, at approximately 10:50 p.m., Border Patrol Agents (BPAs) from the Swanton Border Patrol Station were notified by sector radio (KAK640) of approximately three subjects on an image captured by a remote camera near the Duty Free Americas store off Route 7,

approximately 0.6 miles south of the international border. BPAs responded to the area providing roving patrol and search operations for the individuals who likely illegally entered the United States from Canada. It is not uncommon for subjects who have entered illegally to wait long hours roadside or in the woods for their pick-up rides, and in past cases, the area around the Duty Free Americas store was used as a pick-up location. At approximately 3:30 a.m. on May 22, 2025, BPA Scott Cousineau observed a black in color sports utility vehicle (SUV) bearing Vermont license plate KRA563 ("the Black SUV") driving eastbound on Route 7 from Country Club Road area. Country Club Road is a dead-end road less than one mile from the United States/Canadian border. The general area is known for illegal cross-border activity and has yielded numerous smuggling events in the past. Route 7 is a common ingress/egress route for smuggling activity.

5.    The area is depicted below, with the thick line at the top of the image indicating the U.S./Canada border.



6.    BPA Cousineau saw two occupants in the Black SUV as it passed. The driver accelerated at a high rate of speed when passing BPA Cousineau's marked Border Patrol vehicle.

BPA Cousineau followed the Black SUV to observe the route of travel and run registration checks with radio dispatch. As BPA Cousineau got closer, he noticed that the Black SUV was driving erratically and swerving. Registration checks came back showing Rufino Hernandez-HERNANDEZ as the registered owner. BPA Cousineau initiated his overhead emergency lights and conducted a traffic stop of the Black SUV on Route 7 near Rock River in Highgate, Vermont.

7.    BPA Cousineau identified himself as a United States Border Patrol Agent to the two subjects in the vehicle. The subjects were later identified as the driver, HERNANDEZ, and passenger, Sarai AGUILAR-Diaz, who is also a citizen of Mexico.

8.    During the vehicle stop, investigative questioning was conducted. Both HERNANDEZ and AGUILAR freely admitted to being in the United States illegally, and they did not possess any documentation to allow them to remain in the United States legally. Both subjects were then detained and brought to the Swanton Border Patrol Station for further processing.

9.    At Swanton Station, HERNANDEZ's biographical and biometric information was entered into Department of Homeland Security computer systems. Records checks revealed the following criminal and immigration histories:

- HERNANDEZ is a citizen of Mexico without any legal status in the United States.

- HERNANDEZ was apprehended by USBP near Tucson, Arizona on February 5, 2013. He was processed for an Expedited Removal, and a final order of removal was entered on February 14, 2013.

- HERNANDEZ was apprehended by USBP near Imperial Beach, California on October 2, 2014. He was processed for an Expedited Removal, and a final order of removal was entered on October 15, 2014.

3

- HERNANDEZ was apprehended by USBP near Imperial Beach, California on October 10, 2014. He was processed for an Expedited Removal, and a final order of removal was entered on October 27, 2014.

- HERNANDEZ was apprehended by USBP near Richford, Vermont on February 1, 2020. He was processed for a reinstatement of prior removal and removed from the U.S. on February 18, 2020, through Alexandria, Louisiana, and final order of removal was also entered that same day.

- There was no indication that HERNANDEZ obtained the express consent of the Secretary of Homeland Security to reapply for admission to the United States.

10. BPA Nathaniel Arnold and I conducted an interview of HERNANDEZ. Prior to questioning, HERNANDEZ was asked if he was able to read in the Spanish language, to which he replied, "Yes". HERNANDEZ was given Form 214 – Warning as to Rights in the Spanish language. HERNANDEZ signed the 214, stating he understood his rights and was willing to answer any further questions. HERNANDEZ said he had last entered the United States illegally on or around May 24, 2024, when he crossed from Reynosa, Mexico to Texas. When further asked about his travel, HERNANDEZ said that he took a bus from Texas to New York State on three separate occasions after his removals from the United States. HERNANDEZ stated he was friends with the owner of Parent Farm, a local farm in Swanton, Vermont. The owner of Parent Farm would allegedly go and pick up HERNANDEZ from New York and bring him to Parent Farm to work.

### Conclusion and Request

11. Based on the foregoing, I believe there is probable cause to believe that on May 22, 2025, in the District of Vermont, Rufino Hernandez-HERNANDEZ, an alien of Mexican

4

citizenship, was found in the United States after having been previously removed, without having

obtained the permission of the Attorney General or the Secretary of Homeland Security to re-apply

for admission into the United States, in violation of 8 U.S.C. §1326(a).

Dated at Burlington, in the District of Vermont on this _23_ day of May 2025.

Caitlin E. Sgarlata
Border Patrol Agent
U.S. Border Patrol, Swanton Station

Subscribed and sworn to before me on the _23rd_ day of May 2025.

HONORABLE KEVIN J. DOYLE
United States Magistrate Judge
District of Vermont